# United States Court of Appeals

### For the Eighth Circuit

_____

No. 15-1341

_____

Michael Larenzo Douglas

*Plaintiff - Appellant*

v.

Shelley Maroney, et al.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: May 19, 2015
Filed: May 21, 2015
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Michael Douglas appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action against two state officials seeking an injunction relieving him of further obligation to register under Arkansas's sex-offender-registration statute when he is paroled because the statute as applied to him violates the Ex Post Facto Clause of the United States Constitution. Following careful review of Douglas's § 1983 complaint and brief on appeal, we agree with the district court that prior state and federal court decisions have established that his "allegations do not state an actionable constitutional claim." Therefore, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable D.P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.